**No. 09-761. Sylvester J. Hoffart, Petitioner v. Bob Herman, et al.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2182.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 328 Fed. Appx. 972.

**No. 09-765. Polar Equipment, Inc., dba Cook Inlet Processing, Inc., et al., Petitioners v. Grant Baker, et al.**

559 U.S. 972, 130 S. Ct. 1700, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2102.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 338 Fed. Appx. 708.

**No. 09-769. Diamond Offshore Drilling, Inc., Petitioner v. Jimmy Lewis.**

559 U.S. 972, 130 S. Ct. 1705, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2146.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 12 So. 3d 363.

**No. 09-777. City of San Clemente, California, Petitioner v. Steve Klein, et al.**

559 U.S. 972, 130 S. Ct. 1706, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2198.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 584 F.3d 1196.

**No. 09-782. Marvin Clyde Magee, Jr., Petitioner v. United States, Acting Through the Farm Service Agency.**

559 U.S. 973, 130 S. Ct. 1706, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2029.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 342 Fed. Appx. 19.

**No. 09-791. Mark Anthony Lewis, Petitioner v. Bell Atlantic/Verizon, et al.**

559 U.S. 973, 130 S. Ct. 1707, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2071.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 321 Fed. Appx. 217.

**No. 09-792. Thomas Rempfer, Petitioner v. Margaret Hamburg, Commissioner, Food and Drug Administration, et al.**

559 U.S. 973, 130 S. Ct. 1707, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2192.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 388 U.S. App. D.C. 226, 583 F.3d 860.

**No. 09-794. Arnold Dewalt Beverly, Petitioner v. Federal Election Commission.**

559 U.S. 973, 130 S. Ct. 1732, 176 L. Ed. 2d 183, 2010 U.S. LEXIS 2064.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.